# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DANIEL CUNNINGHAM,**

    **Plaintiff,**

**v.**                                                   **Case No: 6:18-cv-325-Orl-37DCI**

**PROGRESSIVE SELECT INSURANCE COMPANY,**

    **Defendant.**

| | | | |
|---|---|---|---|
| **UNITED STATES MAGISTRATE JUDGE:** | Embry J. Kidd | **COURTROOM:** | 4C |
| **DEPUTY CLERK:** | T. LeGros | **COUNSEL FOR PLAINTIFF:** | Charles Parker, Jr. V. Rand Saltsgaver |
| **AUDIO RECORDING:** | Digital Orlando_Digital_Transcripts @flmd.uscourts.gov | **COUNSEL FOR DEFENDANT:** | Daniel A. Martinez |
| **DATE/TIME:** **TOTAL TIME:** | September 11, 2019 9:30 A.M.- 3:05 P.M. 5:35 | | |

## CLERK'S MINUTES
## SETTLEMENT CONFERENCE

Case called, appearances made, procedural setting by the Court.
Opening statement by defense counsel.
Settlement conference begins off the record (9:43)
The parties attended with appropriate representatives and reached a SETTLEMENT
Conference concludes at 3:05 PM