UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DANIEL CUNNINGHAM,

    Plaintiffs,

v.                                                Case No: 6:18-cv-325-Orl-37DCI

PROGRESSIVE SELECT INSURANCE
COMPANY,

    Defendants.

## NOTICE

Notice is given that this case settled at the magistrate judge settlement conference held earlier today.

**DONE** in Orlando, Florida on September 11, 2019.

EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE

Copies furnished to Counsel of Record